PAUL J. FISHMAN
United States Attorney
J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Defendants Monmouth Family Health
Care Center, Inc., and United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASHLEY GREMMINGER and JULIO CEZAR RIVAS, : : : | |
| Plaintiffs, : | Hon. Michael A. Shipp |
| : | |
| v. : | Civ. Action No. 12-7523(MAS) |
| : | |
| MONMOUTH FAMILY HEALTH CARE CENTER, INC., MONMOUTH MEDICAL CENTER, NATALYA P. KUGAY, M.D., MARANATHA #1-20 (FICTITIOUS NAMES BEING UNKNOWN), : : : : : : | |
| Defendants. : | DOCUMENT ELECTRONICALLY FILED |

**NOTICE OF MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

To: David H. Sternlieb, Esq.
    Shapiro & Sternlieb, L.L.C.
    80 Tennent Road
    Manalapan, New Jersey 07726

    Paul Schaaff, Esq.
    Orlovsky, Moody, Schaaff, Conlon & Gabrysiak
    187 Highway 36
    West Long Branch, New Jersey 07764

    John M. Hockin, Jr., Esq.
    Ronan Tuzzio & Giannone
    One Hovchild Plaza
    4000 Route 66, Suite 231
    Tinton Falls, New Jersey 07753-7308

PLEASE TAKE NOTICE that on February 4, 2013, the undersigned attorney, on behalf of defendant Monmouth Family Health Care Center, Inc., as a deemed employee of the United States of America, and substituted defendant United States of America will move before the Honorable Michael A. Shipp, United States District Judge, at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order in defendants' favor dismissing plaintiff's claims for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

In support of this Motion, defendants will rely on the Declaration of Meredith Torres, and the exhibit thereto, and the Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction. A form of Order is submitted along with this Notice of Motion.

Defendants do not request oral argument.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

s/ J. Andrew Ruymann

By: J. ANDREW RUYMANN
Assistant U.S. Attorney

Dated: December 28, 2012