**RONAN, TUZZIO & GIANNONE**
**4000 ROUTE 66**
**One Hovchild Plaza**
**Tinton Falls, NJ 07753**
**(732)922-3300**
**Attorneys for Defendants, MONMOUTH MEDICAL CENTER, NATALYA P. KUGAY, M.D. and MARANATHA LOUGHEED, M.D.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASHLEY GREMMINGER and JULIO CEZAR RIVAS<br><br> Plaintiff(s)<br>vs.<br><br>UNITED STATES OF AMERICA, MONMOUTH FAMILY HEALTH CARE CENTER, INC., MONMOUTH MEDICAL CENTER, NATALYA P. KUGAY, M.D., MARANATHA LOUGHEED, M.D., AND JOHN DOE #1-20 (FICTITIOUS NAMES BEING UNKNOWN)<br><br> Defendant(s) | CIVIL ACTION NO. 12-7523(MAS)<br><br><br>Hon. Michael A. Shipp<br><br><br><br><br>DOCUMENT ELECTRONICALLY FILED |

**NOTICE OF MOTION TO DECLARE DEFENDANTS DRS. KUGAY AND LOUGHEED AS FEDERAL EMPLOYEES AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, AND TO DECLARE THAT DEFENDANT MONMOUTH FAMILY HEALTH CENTER MUST DEFEND AND INDEMNIFY DEFENDANT MONMOUTH MEDICAL CENTER**

**TO:** Paul J. Fishman, United States Attorney
J. Andrew Ruymann, Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608

Paul Schaaff, Esq.
Orlovsky, Moody, Schaaff, Conlon & Gabrysiak
187 Highway 36
West Long Branch, New Jersey 07764

David H. Sternlieb, Esq.
Shapiro & Sternlieb, LLC

80 Tennent Road
Manalapan, New Jersey 07726

PLEASE TAKE NOTICE that on February 4, 2013, the undersigned attorney, on behalf of defendants Dr. Natalya P. Kugay, M.D., Maranatha Lougheed, M.D., and Monmouth Medical Center will move before the Honorable Michael A. Shipp, United States District Judge, at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order in defendants', Drs. Kugay and Lougheed, favor deeming them federal employees and dismissing plaintiffs' claims for lack of subject matter jurisdiction, pursuant to F.R.C.P. 12(b)(1), and for an order declaring that defendant Monmouth Family Health Center must defend and indemnify Monmouth Medical Center, pursuant to F.R.C.P. 56.

In support of this Motion, defendants will rely upon the exhibits annexed hereto, and the Memorandum in Support of the Motion. A form of Order is submitted along with this Notice of Motion.

Defendants request oral argument if timely opposition is filed.

> Respectfully submitted,
> Ronan, Tuzzio & Giannone
> **Attorneys for defendants,
> Natalya P. Kugay, M.D.,
> Maranatha Lougheed, M.D., and
> Monmouth Medical Center**
>
> /s/ *Thomas F. Rinaldi* /s/

DATED: JANUARY 11, 2013          By: Thomas F. Rinaldi, Esq.